## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY JERMANE BRUNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-536-J |
| WEWOKA SEMINOLE COUNTY, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

Plaintiff, a state prisoner appearing pro se, filed a civil rights action claiming constitutional violations for his "childhood and adulthood". [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636(b)(1)(B),(C). [Doc. No. 3]. Judge Stephens screened the Complaint and issued a Report and Recommendation finding that Plaintiff should have filed his Complaint in the United States District Court for the Eastern District of Oklahoma and recommending dismissal of the Complaint, without prejudice to re-filing in the proper judicial district. [Doc. No. 4]. Plaintiff did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 4] and DISMISSES Plaintiff's Complaint without prejudice.

IT IS SO ORDERED this 26th day of June, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE